# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**STEVEN H. BEASLEY,**

      **Plaintiff,**

**vs.**                                                                 **5:02cv129-MMP/WCS**

**JO ANNE B. BARNHART, Commissioner**
**Social Security Administration,**

      **Defendants.**

_____/

## O R D E R

This cause is before the court upon Defendant's status report.  Docs. 56.

Defendant advises that the Appeals Council is still considering Plaintiff's exceptions.

Accordingly, it is **ORDERED** that the Defendant shall file a notice by **July 29,**

**2005**, advising the Court the status of the administrative proceedings on remand.

**DONE AND ORDERED** on June 21, 2005.


                         **s/    William C. Sherrrill, Jr.**
                         **WILLIAM C. SHERRILL, JR.**
                         **UNITED STATES MAGISTRATE JUDGE**