IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

STEVEN H. BEASLEY,

    Plaintiff,

vs.                                                 5:02cv129-MMP/WCS

JO ANNE B. BARNHART, Commissioner
Social Security Administration,

    Defendants.

_____/

**O R D E R**

This cause is before the court upon Defendant's status report. Docs. 58. Defendant advises that the Appeals Council is still considering Plaintiff's exceptions.

Accordingly, it is **ORDERED** that the Defendant shall file a notice by **September 9, 2005**, advising the Court the status of the administrative proceedings on remand.

**DONE AND ORDERED** on August 9, 2005.

                                  s/    William C. Sherrrill, Jr.
                                  **WILLIAM C. SHERRILL, JR.**
                                  **UNITED STATES MAGISTRATE JUDGE**