IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

STEVEN HAROLD BEASLEY,

     Plaintiff,

v.                                 CASE NO. 5:02-cv-00129-MP-WCS

MICHAEL J. ASTRUE,
Commissioner of Social Security,

     Defendant.

_____/

# O R D E R

     This matter is before the Court on Doc. 122, Report and Recommendation of the

Magistrate Judge, which recommends that the decision of the Commissioner denying benefits be

affirmed.  The Magistrate filed the Report on February 9, 2009.  The parties were each furnished

with a copy of the Report and afforded an opportunity to file objections.  However, neither party

has filed an objection, and the time to do so has passed.  Upon consideration, the Court agrees

with the Magistrate that the decision of the Commissioner should be affirmed for the reasons

stated by the Magistrate in the Report.  Accordingly, it is hereby

     **ORDERED AND ADJUDGED:**

     The Report and Recommendation of the Magistrate Judge, Doc. 122, is ADOPTED and
incorporated herein.  The decision of the Commissioner denying benefits is AFFIRMED.

     **DONE AND ORDERED** this   *23rd* day of March, 2009

               *s/Maurice M. Paul*

               Maurice M. Paul, Senior District Judge